514

People of State of Illinois, Defendant in Error, v. Merle Hoffman, Plaintiff in Error.

Gen. No. 10,010.

Heard in this court at the February term, 1945; opinion filed July 11, 1945; released for publication July 27, 1945. Fort & Fort, for plaintiff in error; Hubert H. Edwards, State's Attorney, for defendant in error. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.